**UNITED STATES DISTRICT COURT**
**SOUUTHERN DISTRICT OF NEW YORK**

Jacob Goldklang, individually
and on behalf of all others similarly situated
                                    Plaintiff,

                                                    Case No. 7:18-cv-10269 (KMK) (PED)

        vs.

Selip & Stylianou, LLP,
John Does 1-25.

                Defendant.

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS**
**AS TO DEFENDANT SELIP & STYLIANOU, LLP**
**PURSUANT TO FED. R. CIV. P. 41(a)(2)**

        Plaintiff Jacob Goldklang ("Plaintiff") submits this Motion to Dismiss the Complaint with Prejudice and Without Costs pursuant to Fed. R. Civ. P. 41(a)(2) as to defendant Selip & Stylianou, LLP.

        1.      Plaintiff filed his Complaint against Defendant Selip & Stylianou, LLP on November 5, 2018, alleging violations of the Fair Debt Collection Practices Act.

        2.      Defendant has insisted on taking the Plaintiff's deposition, and based on this as well as information provided by the Defendant, the Plaintiff has decided he no longer wishes to proceed on this matter and has offered to dismiss the entire matter with prejudice.

        3.      The Defendant has refused to dismiss the matter and still demands the Plaintiff's deposition as well as the Plaintiff's father who is a non-party to this matter.

        4.      It is still early in the litigation process as this matter and minimal discovery has been conducted.

5.      The Parties have been unable to agree on terms by which a Joint Stipulation for Dismissal of the case can be filed.

6.      A Proposed Form of Order is submitted herewith.

WHEREFORE, Plaintiff requests this Honorable Court issue an Order dismissing this case with prejudice and without costs to any party pursuant to Federal Rules of Civil Procedure 41(a)(2).

Respectfully submitted,

**STEIN SAKS, PLLC**

*s/ David Force*
David Force, Esq.
285 Passaic Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
dforce@steinsakslegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2019 a copy of the foregoing Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) was filed electronically in the CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ David Force*
David Force, Esq.