**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

JACOB GOLDKLANG, individually and on
behalf of all others similarly situated,

<table>
<tr><td></td><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td></td><td>18 Civ. 10269 (PED)</td></tr>
</table>

SELIP & STYLIANOU, LLP,
JOHN DOES 1-25,

                                        Defendants.

------------------------------------------------------------------X

**PAUL E. DAVISON, U.S.M.J.:**

The plaintiff, Jacob Goldklang, filed this action alleging that the defendant, Selip &

Stylianou, LLP, violated the Fair Debt Collection Practices Act.  Presently before this Court is

the plaintiff's motion to voluntarily dismiss his complaint against the defendant pursuant to Fed.

R. Civ. P. 41(a)(2). Dkt. 28.  During a telephone conference on September 19, 2019, defense

counsel stated his intention to oppose plaintiff's motion and to interpose a cross-motion.  The

Court accordingly established a briefing schedule under which the defendant's opposition and

any cross-motion were due October 1, 2019. *See* Minute Entry, dated 9/19/2019.  However,

defendant has not filed any opposition.

Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's

request only by court order, on terms that the court considers proper."  "The decision whether to

grant a Rule 41(a)(2) motion for voluntary dismissal lies within the sound discretion of the

court." *Fareportal Inc. v. Travana, Inc.*, No. 16 Civ. 09882 (ALC), 2019 WL 4141878, at *2

(S.D.N.Y. Aug. 30, 2019) (citing *Catanzano v. Wing*, 277 F.3d 99, 109 (2d Cir. 2001)).

Moreover, "courts generally 'presume that a party's motion to dismiss its own claims without

prejudice should be granted.'" *Id.* (citation omitted).  Here, the plaintiff seeks to voluntarily

dismiss his complaint *with* prejudice and without costs, and the defendant has not submitted any opposition.

Accordingly, plaintiff's motion is **GRANTED**.  The complaint is dismissed with prejudice and without costs.

The Clerk of the Court is respectfully directed to terminate the pending motion (Dkt. 28) and close the case.

Dated:  October 11, 2019                       **SO ORDERED**
       White Plains, New York

PAUL E. DAVISON, U.S.M.J.

2